UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>JOSEPH MENCHACA,<br>　　　　　Defendant. | Case No. 12-cr-00454-PJH-1<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL AND SETTING FILING DEADLINES**<br><br>Re: Dkt. No. 51 |

　　　　Before the court is the motion of defendant Joseph Menchaca for appointment of counsel to assist in filing a motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) in light of Amendment 782 to the United States Sentencing Guidelines Manual, effective November 1, 2014.  Defendant's motion for appointment of counsel is hereby GRANTED.

　　　　Pursuant to Miscellaneous Order 2014.10.14, James Scott Thomson is REAPPOINTED as the CJA Panel Attorney to represent defendant in seeking 18 U.S.C. § 3582(c)(2) relief.  If attorney Thomson is unavailable or otherwise declines the appointment, the Federal Public Defender's Office is appointed to represent defendant, provided there is no conflict.  If the Federal Public Defender's Officer cannot represent defendant, a new CJA panel attorney shall be appointed.  In accordance with Criminal Local Rule 44-2(a), counsel may inform the court of his or her appearance on behalf of defendant by electronically filing a notice of appearance.  The notice of appearance must be filed within 30 days of the date of this order.

　　　　Within 30 days of filing of a notice of appearance, counsel for defendant shall meet and confer with the Probation Office and the United States Attorney's Office, and shall file

either a motion pursuant to § 3582(c)(2) or a status report or stipulation, including a proposal for how the matter should proceed or be resolved.  If defendant files a represented motion to reduce sentence, the government must file an opposition within 28 days of the filing of the motion, and defendant may file a reply brief 14 days thereafter.

**IT IS SO ORDERED.**

Dated:  March 25, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge