UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>JOSEPH MENCHACA,<br>  Defendant. | Case No. 12-cr-00454-PJH-1<br><br>**ORDER GRANTING LEAVE TO FILE PRO SE MOTION FOR SENTENCE REDUCTION** |

By order entered March 25, 2015, the court granted the motion of defendant Joseph Menchaca for appointment of counsel to assist in filing a motion for reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10(b)(1), as amended by Amendment 782. On April 23, 2015, the United States Probation Office submitted a Sentence Reduction Investigation Report which concluded that after reviewing defendant's request for resentencing with the government, the Probation Office determined that defendant is not entitled to a sentence reduction. Appointed counsel filed a status report on May 22, 2015, stating that, after meeting and conferring with the government and reviewing defendant's file and the Sentence Reduction Investigation Report, he would not file a motion on defendant's behalf and would not oppose or respond to the report issued by the Probation Office.

Because no motion to reduce sentence has yet been filed on defendant's behalf, the court hereby grants defendant leave to file a pro se motion for reduction of sentence pursuant to § 3582(c)(2) and an opportunity to respond to the Sentence Reduction Investigation Report. Defendant may file his motion seeking reduction of sentence and/or

objections to the Sentence Reduction Investigation Report within 60 days of the date of this order.  If defendant does not timely file a motion to reduce sentence or objections to the Sentence Reduction Investigation Report, the matter will be closed without prejudice.

**IT IS SO ORDERED.**

Dated:  June 24, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge