UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JOSEPH MENCHACA,<br>　　　　Defendant. | Case No. 12-cr-00454-PJH-1<br><br>**ORDER GRANTING REQUEST FOR RELIEF FROM ORDER GRANTING LEAVE TO FILE PRO SE MOTION FOR SENTENCE REDUCTION** |

　　　　By order entered June 24, 2015, the court granted defendant Joseph Menchaca leave to file a pro se motion for reduction of sentence pursuant to § 3582(c)(2) and an opportunity to respond to the Sentence Reduction Investigation Report, within 60 days of the date of the order. Menchaca represents that in March 2015, he filed a petition for reduction of his prior felony drug conviction(s) to misdemeanors, in light of Proposition 47, before the Superior Court for the County of Contra Costa. Menchaca now asks the court to hold in abeyance the order granting leave to file a pro se § 3582(c)(2) motion, pending adjudication of his petition in state court. Doc. no. 57. Because no § 3582(c)(2) motion has yet been filed, it is not necessary to hold in abeyance the order granting leave to file such a motion. However, the court GRANTS Menchaca's request for relief from the filing deadline set in the June 24, 2015 order, and VACATES the August 23, 2015 deadline to file a motion for reduction of sentence pursuant to § 3582(c)(2).

　　　　Menchaca must notify this court within thirty (30) days after the state courts have completed their review of his petition or after they have refused review of his petition. Upon such notification by Menchaca, the court will set new filing deadlines on a motion

for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10(b)(1), as amended by Amendment 782, and/or objections to the Sentence Reduction Investigation Report.

**IT IS SO ORDERED.**

Dated:  July 9, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge